UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN THOMAS ENTLER,<br><br>                    Plaintiff,<br><br>vs.<br><br>DEBORAH CREELEY-LUKE and LYNN CLARK,<br><br>                    Defendants. | NO:  CV-12-5120-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION WITHOUT PREJUDICE |

Magistrate Judge Hutton filed a Report and Recommendation, ECF No. 11, recommending Mr. Entler's request to Voluntarily Dismiss this action be granted. Defendants have not been served.  There being no objections, the Court **ADOPTS** the Report and Recommendation.  Plaintiff's Motion, ECF No. 10, is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE.**

Although granted the opportunity to do so, Plaintiff did not file a separate Motion and Affidavit to waive the remaining balance of the filing fee as directed.

ORDER DISMISSING ACTION WITHOUT PREJUDICE -- 1

Therefore, Plaintiff still is obliged to pay the full filing fee for this action pursuant to 28 U.S.C. § 1915(b).

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff, and close the file.

**DATED** this 27th day of February 2013.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER DISMISSING ACTION WITHOUT PREJUDICE -- 2