AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

JOHN THOMAS ENTLER,

                    Plaintiff,

                                                    JUDGMENT IN A CIVIL CASE

                    v.

DEBORAH CREELEY-LUKE
and LYNN CLARK,
                                            CASE NUMBER: CV-12-5120-JPH

                    Defendants.

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED:  Plaintiff's Motion, ECF No. 10, is GRANTED and this action is DISMISSED WITHOUT PREJUDICE.

February 27, 2013                                    SEAN F. McAVOY
_____                    _____
*Date*                                                    *Clerk*
                                                        s/ Sheila Parpolia
                                                        _____
                                                        *(By) Deputy Clerk*

                                                        Sheila Parpolia
                                                        _____